IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAVIER ANTONETTY-RODRIGUEZ,

*Petitioner,*

v.

NANCY GIROUX et al.,

*Respondents.*

CIVIL ACTION
NO. 16-01930

## ORDER

**AND NOW**, this 25th day of April, 2017, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret, (ECF No. 9), and Javier Antonetty-Rodriguez's objections thereto, (ECF No. 13), it is hereby **ORDERED** that:

1. Antonetty-Rodriguez's objections are **OVERRULED** and Magistrate Judge Lloret's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Antonetty-Rodriguez's motion to stay and hold in abeyance the habeas petition, (ECF No. 2), is **DENIED**;

3. Antonetty-Rodriguez's Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice;

4. No certificate of appealability shall issue;

5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.